```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: August 13, 2010
```


```
_____
        SARAH S. CURLEY
        U.S. Bankruptcy Judge
```

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-09285

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-12203-SSC |
| Antoine D. Allen and Mary Beth Allen<br>Debtors. | Chapter 7 |
| CitiMortgage, Inc.<br>Movant,<br>vs. | ORDER<br><br>(Related to Docket #9) |
| Antoine D. Allen and Mary Beth Allen, Debtors,<br>Brian J. Mullen, Trustee.<br><br>Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 8, 2005 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Antoine D. Allen and Mary Beth Allen have an interest in, further described as:

> LOT 164, DREAMING SUMMIT UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 541 OF MAPS, PAGE 49 AND AMENDED IN BOOK 554 OF MAPS, PAGE 28; EXCEPT 1/16TH OF ALL GAS, OIL, METALS AND MINERAL RIGHTS AS RESERVED IN THE PATENT TO SAID LAND.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.